IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC., d/b/a LUCKY 13 and ROBERT A. KLOETZY, | Case No. 22-cv-6502 |
| Plaintiffs, | |
| v. | Judge Ronald A. Guzman |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Magistrate Judge Young B. Kim |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs BLUE SPHERE, INC., d/b/a LUCKY 13 and ROBERT A. KLOETZY ("Plaintiffs") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiffs' Motion in part as follows.

This Court finds Plaintiffs have provided notice to Defendants in accordance with the Temporary Restraining Order entered November 22, 2022, [Dkt. Nos. 21, 22] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "LUCKY 13 Trademarks") to residents of Illinois. In this case, Plaintiffs have presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LUCKY 13 Trademarks. *See* Docket Nos. 12-17, which include screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LUCKY 13 Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiffs' previously granted Motion for Entry of a TRO establishes that Plaintiffs have demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiffs have proved a *prima facie* case of trademark infringement because (1) the LUCKY 13 Trademarks are distinctive marks and are registered with the U.S.

Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the LUCKY 13 Trademarks, and (3) Defendants' use of the LUCKY 13 Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiffs. Furthermore, Defendants' continued and unauthorized use of the LUCKY 13 Trademarks irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the LUCKY 13 Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LUCKY 13 product or not authorized by Plaintiffs to be sold in connection with the LUCKY 13 Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LUCKY 13 product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under the LUCKY 13 Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the LUCKY 13 Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiffs' request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alipay"),

Amazon.com, Inc., and Context Logic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiffs expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiffs' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the LUCKY 13 Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Robert Kloetzy, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiffs may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Robert Kloetzy and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "chizonghau420 and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiffs' Pleading [Dkt. No. 1], Schedule A to the Pleading [Dkt. No. 7], Exhibit 2 to the Declaration of Robert Kloetzy [Dkt. Nos. 12-17], and the TRO [Dkt. No. 22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

*Ronald A. Guzman*
Ronald A. Guzman
United States District Judge

Dated: 12/20/2022

**Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | chizonghau420 |
| 2 | Chxjchvgfjvhfhbvvggvvbchv |
| 3 | XINXINxingying |
| 4 | yanjiping268655 |
| 5 | yanwenxue48580 |
| 6 | yaozhiguo14592 |
| 7 | yinshuangxiong0089 |
| 8 | Yuhumiao9952 |
| 9 | yunjiaoshangmao |
| 10 | YU-zhumadian6niurou |
| 11 | zhanghui Store me0071 |
| 12 | zhangjingying0667 |
| 13 | zhangruilan568 |
| 14 | zhangyuhang23843 |
| 15 | zhangzhaotuan |
| 16 | zhangzhiling8702 |
| 17 | Zhaoyi28463 |
| 18 | zhongwenhui Store |
| 19 | zhouchun40240 |
| 20 | zhoushuaichao33745 |
| 21 | zhuangzhoubaihuodian |
| 22 | zhuemu42 |
| 23 | zoushengjie6560 |
| 24 | AnNa_MiTs |
| 25 | Kisame |
| 26 | KDH.7 Store |
| 27 | li jun Store |
| 28 | Shop11000008094 Store |
| 29 | Shop11000086 Store |
| 30 | Shop110000880 Store |
| 31 | Shop1100085 Store |
| 32 | Shop1102088242 Store |
| 33 | Shop1102169795 Store |
| 34 | Shop1102178951 Store |
| 35 | Shop1102182731 Store |
| 36 | Shop1102209152 Store |
| 37 | Shop1102300a96 Store |
| 38 | Shop5632334 Store |

| 39 | Shop5890798 Store |
|---|---|
| 40 | Shop910716088 Store |
| 41 | Shop910733059 Store |
| 42 | YINBU Dropship Clothes Store |
| 43 | AnnNathanyZgTz |
| 44 | Boyuosty carton |
| 45 | bringtnpito |
| 46 | carla12 |
| 47 | Christophercb |
| 48 | daixiaoyuan200877 |
| 49 | dbktbf store |
| 50 | Deileishuer cots |
| 51 | Demisomr Pants |
| 52 | dorizetiqwaon |
| 53 | huihuilor |
| 54 | jianghaonanooop |
| 55 | Jisnweprite |
| 56 | Jonmgl |
| 57 | jungemoyang |
| 58 | Li Peng commerce |
| 59 | lihonhyunl |
| 60 | lijinhjkb |
| 61 | lijunqi14390 |
| 62 | liujxin |
| 63 | liuxiaofeng2912 |
| 64 | LLEIX |
| 65 | luoyibing1593 |
| 66 | meijunkun3891 |
| 67 | Nathan Heatley |
| 68 | Rebeccarr22vscca |
| 69 | sauwuerjhf |
| 70 | ShitanshaoyuansAn |
| 71 | sunhhy |
| 72 | Teresayya |
| 73 | VitaMarshoJsTj |
| 74 | wuhuil |
| 75 | wujiawei7028 |
| 76 | xingtianzi123 |
| 77 | xinxiangrhjka |
| 78 | xinzhenling6156 |
| 79 | xiuqiinbhao |

| 80 | xjrbfd shopping |
|---|---|
| 81 | xolbi |
| 82 | xosmck |
| 83 | xuchenfeng01875 |
| 84 | xudaxiaoxuecun |
| 85 | xudongze8018 |
| 86 | xuhao Store |
| 87 | xuyulongh |
| 88 | xxddx5x5 |
| 89 | xzfggf |
| 90 | Xzyouqian |
| 91 | Yaandbao Gezibei |
| 92 | yangbing151762 |
| 93 | yangcangning112022 |
| 94 | yangguilan0239 |
| 95 | yangjiao42897 |
| 96 | YangPengHu |
| 97 | yangqingsong93041 |
| 98 | yangshupei36285 |
| 99 | yanguofei49143 |
| 100 | yangxiaomo7649537 |
| 101 | yangxiufei51320 |
| 102 | yangyulin8285 |
| 103 | YanJi Store |
| 104 | YanSuoShuo |
| 105 | yanxinyan067 |
| 106 | YanYankees |
| 107 | yaojiaxiang24930 |
| 108 | Yaomeiyu Dryflower |
| 109 | yaopeng975454 |
| 110 | yayayiyi001 |
| 111 | yerlysvquuqsve |
| 112 | Yessoohh |
| 113 | Yong Lei Technology |
| 114 | yonghum98seb |
| 115 | ysjd8653479 |
| 116 | yuanhdesub |
| 117 | yuanheza |
| 118 | yuebushinio |
| 119 | yuhai |
| 120 | yule fashion |

| | |
|---|---|
| 121 | yunshan fashion |
| 122 | yuyang49029 |
| 123 | yuyanqiong6033 |
| 124 | Z6Z6Z68 |
| 125 | zahngjiayu1128 |
| 126 | zaihaonian |
| 127 | zengjiaxiong Store |
| 128 | ZHAN.CMVI09-O |
| 129 | zhanghanwen Store |
| 130 | zhanghongyu63624 |
| 131 | zhangmeng30842 |
| 132 | zhangnengyuan10950 |
| 133 | zhangning2 |
| 134 | zhangniyi42874 |
| 135 | zhangsong373664 |
| 136 | zhangxinfu1 |
| 137 | ZhangXuFen |
| 138 | zhangzhenyu0808 |
| 139 | zhanmeiyu1314 |
| 140 | zhanyiwen51294 |
| 141 | zhaohongliang25836 |
| 142 | zhaojie76454 |
| 143 | zhaorulong Store |
| 144 | zhaoshi1234 |
| 145 | zhaoxue1224 |
| 146 | zhar9275 |
| 147 | ZhengBingC |
| 148 | zhengchunqing1998 |
| 149 | zhenxinmian |
| 150 | zhoucuijin668 |
| 151 | zhoujingzhoujing5129 |
| 152 | zhouxiyu40247 |
| 153 | zhushuangsu66058 |
| 154 | Zinly |
| 155 | ZonaLynncQsRuP |
| 156 | zouxiaomao567 |
| 157 | zuozhimao |
| 158 | Zzdegrj |
| 159 | 4ZOM |
| 160 | 925collections |
| 161 | GVINCEN |

| | |
|---|---|
| 162 | handy and friendly |
| 163 | qijianhuaamz |
| 164 | Speechless Store |
| 165 | sundabaihuo |
| 166 | Thai-Thai-Product |
| 167 | ys-newforch |
| 168 | zhangqianlonggg |
| 169 | A365A Store |
| 170 | ANDY2022 Store |
| 171 | ao'ba'ma Store |
| 172 | Donghui Car Sticker Factory Store Store |
| 173 | Free Man Store |
| 174 | GoodJob Store |
| 175 | hardworking fat man Store |
| 176 | HUAICHENG Store |
| 177 | HUAIGUAN Store |
| 178 | HUAIJING Store |
| 179 | HUAIYU Store |
| 180 | I am OK 666 Store |
| 181 | JACKMA2022 Store |
| 182 | JIAYOU2022 Store |
| 183 | KDH.9 Store |
| 184 | ke le Store |
| 185 | kupai Store |
| 186 | LYH 1012 Store |
| 187 | MOIYY-Fashion Store |
| 188 | NIUNIU2022 Store |
| 189 | PINK9 Store |
| 190 | PLD9 Store |
| 191 | SEVENHY Store |
| 192 | shes Store |
| 193 | Shop11000000001 Store |
| 194 | Shop11000083 Store |
| 195 | Shop1100341070 Store |
| 196 | Shop1100387914 Store |
| 197 | Shop1100392869 Store |
| 198 | Shop1102175908 Store |
| 199 | Shop1102178781 Store |
| 200 | Shop1102192299 Store |
| 201 | Shop1102194869 Store |
| 202 | Shop1102203038 Store |

| 203 | Shop1102214436 Store |
| --- | --- |
| 204 | Shop1102247219 Store |
| 205 | Shop4929060 Store |
| 206 | Shop5376248 Store |
| 207 | Shop910640041 Store |
| 208 | Shop911049138 Store |
| 209 | SwellCraft&Art-- Wholesale + Retail Belt Buckles |
| 210 | TOBENO1 Store |
| 211 | W-Yunna Official Store |
| 212 | ypods Store |
| 213 | ZKH Store |