IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>Defendants. | Case No. 22-cv-6502<br><br>Judge Ronald A. Guzman |

**PLAINTIFFS' STATEMENT AS ORDERED BY THE HONORABLE STEVEN C. SEEGER IN CASE NO. 22-CV-5599**

Pursuant to Judge Seeger's Order [28][1] rendered in open court on January 18, 2023, in N.D. Ill. Case No. 22-cv-5599, Plaintiffs BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY Ltd. ("Plaintiffs") submit the following statement.

On October 13, 2022, Plaintiffs filed their Complaint [1] in Case No. 22-cv-5599 against 218 defendants. On October 24, 2022, Plaintiffs filed an Amended Complaint [12] "as a matter of course" in Case No. 22-cv-5599 pursuant to Fed. R. Civ. P. 15(a)(1)(A)[2] whereby the Amended Complaint was limited to five defendants so that Plaintiffs could more readily comply with Judge Seeger's bond requirements.[3] On November 21, 2022, Plaintiffs filed this case which

---

[1] *See* Exhibit 1 – January 18, 2023 Order in Case No. 22-cv-5599.

[2] "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A).

[3] *See* Exhibit 2 - Statement filed on December 21, 2022, in Case No. 22-cv-5599.

was randomly assigned to your Honor and included the defendants which were previously included in Case No. 22-cv-5599. During a hearing on January 18, 2023, Plaintiffs' counsel was ordered not to amend a complaint in this manner in the future absent specific direction from the Court.

                                            Respectfully submitted,

Dated: January 20, 2023

                              By:    s/ Michael A. Hierl
                                        Michael A. Hierl (Bar No. 3128021)
                                        William B. Kalbac (Bar No. 6301771)
                                        Robert P. McMurray (Bar No. 6324332)
                                        Hughes Socol Piers Resnick & Dym, Ltd.
                                        Three First National Plaza
                                        70 W. Madison Street, Suite 4000
                                        Chicago, Illinois 60602
                                        (312) 580-0100 Telephone
                                        (312) 580-1994 Facsimile
                                        mhierl@hsplegal.com

                                        Attorneys for Plaintiffs
                                        BLUE SPHERE, INC., d/b/a LUCKY 13 and
                                        ROBERT A. KLOETZY

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Statement was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 20, 2023.

                                                              s/Michael A. Hierl