

# United States District Court
# Northern District of Illinois

In the Matter of

Blue Sphere, Inc.

v.

Partnerships, and Unincorporated Associations Identified on Schedule A

Judge Steven C. Seeger

Case No. 22-CV-06502

Designated Magistrate Judge Young B. Kim

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge Steven C. Seeger. The reason for my recommendation are indicated on the reverse of this form.

_____

**Judge Ronald A. Guzman**

Date: Thursday, March 9, 2023

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Steven C. Seeger.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____

Chief Judge Rebecca R. Pallmeyer

**Date: March 10, 2023**

## Reason(s) For Recommendation:

- 40.3(b)(2) This case appears to involve the same parties and subject matter as case number 22-cv-5599 assigned to the calendar of Judge Steven C. Seeger and dismissed prior to the filing of this case.

After obtaining a ruling from Judge Seeger regarding the bond requirement for a tro. Plaintiffs amended the complaint and dropped almost all of the plaintiffs (213 out or 218) and then filed a new complaint with those plaintiffs in an effort to find a judge with a more favorable bond requirement ruling. Forum shopping in its purest form. I have conferred with Judge Seeger and he is in agreement.

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge